**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:08cv656-MHT** |
| | ) | **(WO)** |
| **FOURTEEN THOUSAND ONE** | ) | |
| **HUNDRED FIFTY SIX AND 83/100** | ) | |
| **DOLLARS ($14,156.83) IN UNITED** | ) | |
| **STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECREE OF FORFEITURE**

Before the Court is the United States of America's ("United States") Motion for Decree of

Forfeiture.

On August 13, 2008, the United States filed a complaint of forfeiture pursuant to 31 U.S.C.

§ 5317(c)(2), alleging that the Defendant currency was involved in evading the reporting or record-

keeping requirements imposed by regulation prescribed under Section 21 of the Federal Deposit

Insurance Act, and caused or attempted to cause a domestic financial institution to fail to file a report

as required in violation of 31 U.S.C. § 5324 (Doc. #1).

It appearing that process was fully issued in this action and returned according to law:

Pursuant to a Warrant for Arrest In Rem (Doc. #3) issued by this Court, the United States

Marshals Service for the Middle District of Alabama seized the Defendant currency on October 1,

2008 (Doc. #5);

On October 3, 2008, a United States Marshal personally served Kimberly L. Brooks with copies of the Verified Complaint for Forfeiture <u>In Rem</u>, Notice of Arrest and Seizure, and Warrant for Arrest <u>In Rem</u> (Doc. #6);

On October 15, 2008, Diane Beville accepted service on behalf of her daughter, Pricilla Shree Beville, from a United States Marshal of copies of the Verified Complaint for Forfeiture <u>In Rem</u>, Notice of Arrest and Seizure, and Warrant for Arrest <u>In Rem</u> (Doc. #7);

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 4, 2008, and ending December 3, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. #8);

That on December 17, 2008, Kimberly L. Brooks, Pricilla Shree Beville  and all other persons and entities having an interest in the Defendant currency were defaulted for failure to file a claim within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. #10); and,

No other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

The following property is hereby forfeited to the United States, to be disposed of according to law, and no right, title or interest in the Defendant currency shall exist in any other party:

**Fourteen Thousand One Hundred Fifty Six and 83/100 Dollars ($14,156.83) in United States Currency.**

Each party will bear its own costs.

DONE this the 19th day of December, 2008.

　　　　　　　　　　　　　 /s/ Myron H. Thompson　　　
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE